UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-61490-JWC |
| | ) | |
| CARTER BROTHERS SECURITY SERVICES, LLC, | ) ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) ) | |
| ROBERT TRAUNER, AS CHAPTER 7 TRUSTEE FOR THE ESTATE OF CARTER BROTHERS SECURITY SERVICES, LLC, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ADVERSARY PROCEEDING |
| | ) | CASE NO. 20-06124-JWC |
| NIGHTINGALE REALTY, LLC | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION FOR MEDIATION BY A BANKRUPTCY JUDGE

COMES NOW, Nightingale Realty, LLC, Defendant in the above-styled action, by and through its undersigned counsel, and hereby files this, its Motion for Mediation by a Bankruptcy Judge, pursuant to the Mediation Procedures for the United States Bankruptcy Court for the Northern District of Georgia, and shows the Court that the assistance of Judge Jeffrey W. Cavender in arranging an evaluative and directive settlement conference with another bankruptcy judge who has no assignment or responsibility for this adversary proceeding would be beneficial in pursuing the resolution of all matters currently pending

before the Court in the above captioned matter. Attached hereto, Plaintiff has included its

Proposed Order Authorizing and Directing Mediation.

    Respectfully submitted, this 7 day of December, 2021.

                                          /s/John J. Wiles
                                          John J. Wiles, Esq.
                                          Georgia Bar No. 758698

                                          /s/Caleb L. Swiney
                                          Caleb L. Swiney, Esq.
                                          Georgia Bar No. 482751

Wiles & Wiles, LLP
800 Kennesaw Avenue, Suite 400
Marietta, Georgia 30060-7946
(770) 426-4619
(770) 426-4846 – Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing DEFENDANT'S MOTION FOR MEDIATION BY A BANKRUPTCY JUDGE, by email and by depositing a copy of said documents in the United States mail with sufficient postage affixed thereon to ensure delivery to the person and address listed below:

> Todd E. Hennings
> Attorney for Plaintiff
> Macey, Wilensky & Hennings, LLP
> 5500 Interstate North Parkway, Suite 435
> Atlanta, Georgia 30328
> thennings@maceywilensky.com

This 7 day of December, 2021.

> /s/ Caleb L. Swiney
> Caleb L. Swiney, Esq.
> Georgia Bar No. 482751